# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 18mj10321-RBM |
| vs ) | ABSTRACT OF ORDER |
| Elizabeth Gonzalez ) | Booking No. 12869293 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __9/28/2018__
the Court entered the following order:

- ✓ Defendant be released from custody.
- _____ Defendant placed on supervised / unsupervised probation / supervised release.
- _____ Defendant continued on supervised / unsupervised probation / supervised release.
- ✓ Defendant released on $ __20,500 - P/S__ bond posted.
- _____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- _____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- _____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- _____ Bench Warrant Recalled.
- _____ Defendant forfeited collateral.
- _____ Case dismissed.
- _____ Case dismissed, charges pending in case no. _____
- _____ Defendant to be released to Pretrial Services for electronic monitoring.
- _____ Other. _____

**BERNARD G. SKOMAL**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received __[signature]__ DUSM

JOHN MORRILL      Clerk
by
      Deputy Clerk
K. BETANCOURT

Crim-9   (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY