**FILED**
Oct 04 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/erikaf DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '18 CR4324 BAS |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 21, U.S.C., Sec. 841(a)(1), 846 – Conspiracy to Distribute Cocaine (Felony) |
| EZEQUIEL SOLIS (1) RAUL MEZA (2), ELIZABETH GONZALEZ (3), | |
| Defendants. | |

The United States Attorney charges:

Beginning at a date unknown and continuing up to and including August 30, 2018, within the Southern District of California, and elsewhere, defendants EZEQUIEL SOLIS, RAUL MEZA, and ELIZABETH GONZALEZ did knowingly and intentionally conspire persons known and unknown to distribute 5 kilograms and more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: 10/4/18 .

ADAM L. BRAVERMAN
United States Attorney

*K~ for*

DAVID P. FINN
Assistant U.S. Attorney

DPF:aag 10/3/2018